DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIELLE SWAN,**
Appellant,

v.

**ALLYSON SWAN,**
Appellee.

No. 4D2026-0477

[July 2, 2026]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Stone, Jr., Judge; L.T. Case No. 562025DR001414AXXXHC.

Carl J. Domino of Law Offices of Carl Domino, PLLC, Jupiter, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***